**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Southern District of Iowa** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gustin, Clifford Weldon** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Gustin, Linda Ann** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):    **xxx-xx-0376** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):    **xxx-xx-9898** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**802 7th Ave**<br>**Council Bluffs, IA 51501** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**802 7th Ave**<br>**Council Bluffs, IA 51501** |
| County of Residence or of the<br>Principal Place of Business:    **Pottawattamie** | County of Residence or of the<br>Principal Place of Business:    **Pottawattamie** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)      ☐ Railroad<br>☐ Corporation      ☐ Stockbroker<br>☐ Partnership      ☐ Commodity Broker<br>☐ Other_____      ☐ Clearing Bank | ■ Chapter 7     ☐ Chapter 11     ☐ Chapter 13<br>☐ Chapter 9     ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business     ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) |     Must attach signed application for the court's consideration<br>    certifying that the debtor is unable to pay fee except in installments.<br>    Rule 1006(b). See Official Form No. 3. |

| **Statistical/Administrative Information** (Estimates only)<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there<br>   will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): Gustin, Clifford Weldon<br>Gustin, Linda Ann | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X      **/s/ Clifford Weldon Gustin**
Signature of Debtor **Clifford Weldon Gustin**

X      **/s/ Linda Ann Gustin**
Signature of Joint Debtor **Linda Ann Gustin**

Telephone Number (If not represented by attorney)

**October 12, 2005**
Date

### Signature of Attorney

X      **/s/ Oliver B. Pollak**
Signature of Attorney for Debtor(s)

**Oliver B. Pollak**
Printed Name of Attorney for Debtor(s)

**Pollak & Hicks P.C.**
Firm Name

**216 Overland Wolf Centre
6910 Pacific St #216
Omaha, NE 68106**
Address

**(402) 345-1717  Fax: (402) 444-1724**
Telephone Number

**October 12, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ Oliver B. Pollak**          **October 12, 2005**
Signature of Attorney for Debtor(s)        Date
**Oliver B. Pollak**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Southern District of Iowa

In re   **Clifford Weldon Gustin,**
      **Linda Ann Gustin**

                                      Debtors

Case No. _____

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 89,000.00 | | |
| B - Personal Property | Yes | 3 | 4,817.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 51,669.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 65,618.47 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,514.62 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,215.68 |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 93,817.00 | | |
| Total Liabilities | | | | 117,287.47 | |

In re  **Clifford Weldon Gustin,**
    **Linda Ann Gustin**

Case No. _____

_____,
                                    Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Homestead: The South 90 feet of Lot 7 in Block K in Curtis and Ramsey's Addition to Council Bluffs, Pottawattamie County, Iowa** | | **J** | **89,000.00** | **51,369.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **89,000.00** | (Total of this page) |
| Total > | **89,000.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Clifford Weldon Gustin,**
      **Linda Ann Gustin**

Case No. _____

_____ ,
                   Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | J | 5.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking - Liberty Bank** | J | 140.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods** | J | 800.00 |
| | | | **Furniture (NFM)** | J | 100.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, Pictures, Compact Disc and other Collectibles** | J | 10.00 |
| 6. | Wearing apparel. | | **Clothing** | J | 60.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Cameras** | J | 2.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

                                    Sub-Total >     **1,117.00**
                             (Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re    **Clifford Weldon Gustin,**                                     Case No. _____
       **Linda Ann Gustin**

_____ ,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **Old job owes for labor (uncollectable $2,500)** | **H** | **0.00** |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                              **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re    **Clifford Weldon Gustin,**                                    Case No. _____
         **Linda Ann Gustin**

_____,
                          Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1995 Nissan Pathfinder (included in mortgage payments)** | J | **3,500.00** |
| | | **1984 Chevrolet Pick Up (high miliage)** | J | **200.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **3,700.00** |
| (Total of this page) | |
| Total > | **4,817.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Clifford Weldon Gustin,**                                      Case No. _____

        **Linda Ann Gustin**

_____,
                               Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Homestead: The South 90 feet of Lot 7 in Block K in Curtis and Ramsey's Addition to Council Bluffs, Pottawattamie County, Iowa** | **Iowa Code §§ 561.2, 561.16, 499A.18** | **37,631.00** | **89,000.00** |
| **Cash on Hand** | | | |
| **Cash** | **Iowa Code § 627.6(13)** | **5.00** | **5.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking - Liberty Bank** | **Iowa Code § 627.6(13)** | **140.00** | **140.00** |
| **Household Goods and Furnishings** | | | |
| **Household Goods** | **Iowa Code § 627.6(5)** | **800.00** | **800.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books, Pictures, Compact Disc and other Collectibles** | **Iowa Code § 627.6(3)** | **10.00** | **10.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **Iowa Code § 627.6(1)** | **60.00** | **60.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Cameras** | **Iowa Code § 627.6(2)** | **2.00** | **2.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1995 Nissan Pathfinder (included in mortgage payments)** | **Iowa Code § 627.6(9)** | **3,500.00** | **3,500.00** |
| **1984 Chevrolet Pick Up (high miliage)** | **Iowa Code § 627.6(9)** | **200.00** | **200.00** |

   **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6D
(12/03)

In re   **Clifford Weldon Gustin,**
        **Linda Ann Gustin,**

Case No. _____

_____,
                    Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **5106** <br> **Creditor #: 1** <br> **Liberty Bank** <br> **5967 Ashworth Rd** <br> **West Des Moines, IA 50266-7109** | | J | **Mortgage** <br><br> **Homestead: The South 90 feet of Lot 7 in Block K in Curtis and Ramsey's Addition to Council Bluffs, Pottawattamie County, Iowa** <br><br> **1995 Nissan Pathfinder** <br><br> Value $          **89,000.00** | | | | **51,369.00** | **0.00** |
| Account No. <br> **Creditor #: 2** <br> **Nebraska Furniture Mart** <br> **P.O. Box 3456** <br> **Omaha, NE 68103-0456** | | J | **Purchase Money Security** <br><br> **Furniture (NFM)** <br><br> Value $              **100.00** | | | | **300.00** | **200.00** |
| Account No. | | | <br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br> Value $ | | | | | |

__0__   continuation sheets attached

| | Subtotal <br> (Total of this page) | **51,669.00** |
|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **51,669.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6E
(04/05)

In re     **Clifford Weldon Gustin,**                                        Case No. _____
          **Linda Ann Gustin,**

_____,
Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F
(12/03)

In re   **Clifford Weldon Gustin,**                                          Case No. _____
        **Linda Ann Gustin**
_____,
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **various accounts**<br><br>**Creditor #: 1**<br>**Alegent Health  Council Bluffs**<br>**P.O. Box 1 C**<br>**Council Bluffs, IA 51502** | | J | Medical Bill | | | | **2,553.34** |
| Account No.<br><br>Representing:<br>**Alegent Health  Council Bluffs** | | | **Alegent Health**<br>**Mercy Hospital Council Bluffs**<br>**2301 N 117th Ave #100**<br>**Omaha, NE 68164-3483** | | | | |
| Account No.<br><br>Representing:<br>**Alegent Health  Council Bluffs** | | | **NCP of Iowa**<br>**P.O. Box 633758**<br>**Cincinnati, OH 45263-3758** | | | | |
| Account No. **1161**<br><br>**Creditor #: 2**<br>**Bank of America**<br>**P.O. Box 7047**<br>**Dover, DE 19903-7047** | | H | Credit Card | | | | **1,501.58** |

__13__ continuation sheets attached

Subtotal
(Total of this page)         **4,054.92**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          S/N:27500-050825   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Clifford Weldon Gustin,**
**Linda Ann Gustin**                                            Case No. _____

_____ ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Representing:**<br>**Bank of America** | | | **Bank of America**<br>**P.O. Box 1597**<br>**Norfolk, VA 23501** | | | | |
| Account No.<br>**Representing:**<br>**Bank of America** | | | **Bank of America**<br>**P.O. Box 650260**<br>**Dallas, TX 75265-0260** | | | | |
| Account No. **6774**<br>**Creditor #: 3**<br>**Capital One**<br>**P.O. Box 85520**<br>**Richmond, VA 23285-5520** | | H | **Credit Card** | | | | **688.41** |
| Account No.<br>**Representing:**<br>**Capital One** | | | **Capital One**<br>**4851 Cox Rd**<br>**Glen Allen, VA 23060** | | | | |
| Account No.<br>**Representing:**<br>**Capital One** | | | **Capital One**<br>**P.O. Box 25131**<br>**Richmond, VA 23276-0001** | | | | |

Sheet no. __1__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **688.41**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Clifford Weldon Gustin,**
         **Linda Ann Gustin,**                                          Case No. _____

_____,
                        Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Representing:**<br>**Capital One** | | | | | **Capital One Services, Inc.**<br>**1957 Westmoreland Road**<br>**Richmond, VA 23276-5617** | | | | |
| Account No.<br>**Creditor #: 4**<br>**City of Council Bluffs**<br>**City Treasurer**<br>**209 Pearl St.**<br>**Council Bluffs, IA 51503** | J | | | | **Parking Tickets** | | | | **20.00** |
| Account No.<br><br>**Representing:**<br>**City of Council Bluffs** | | | | | **General Service Bureau**<br>**8429 Blondo Street**<br>**Omaha, NE 68134-6200** | | | | |
| Account No.<br>**Creditor #: 5**<br>**City of Council Bluffs Ambulance**<br>**227 S 6th St**<br>**Council Bluffs, IA 51503** | J | | | | **Medical Bill** | | | | **50.00** |
| Account No.<br><br>**Representing:**<br>**City of Council Bluffs Ambulance** | | | | | **General Service Bureau**<br>**8429 Blondo Street**<br>**Omaha, NE 68134-6200** | | | | |

Sheet no. __2__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **70.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Clifford Weldon Gustin,**                                    Case No. _____
**Linda Ann Gustin,**

_____ ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **3253** | | | | | **Credit Card** | | | | |
| **Creditor #: 6** **Direct Merchants Bank** **P.O. Box 105278** **Atlanta, GA 30348-5278** | | | | J | | | | | |
| | | | | | | | | | **5,167.85** |
| Account No. | | | | | **Direct Merchants Bank** **Card Member Services** **P.O. Box 21222** **Tulsa, OK 74121-1222** | | | | |
| **Representing:** **Direct Merchants Bank** | | | | | | | | | |
| Account No. | | | | | **Direct Merchants Bank** **Payment Center** **P.O. Box 60019** **City Of Industry, CA 91716-0019** | | | | |
| **Representing:** **Direct Merchants Bank** | | | | | | | | | |
| Account No. **8899** | | | | | **Credit Card** | | | | |
| **Creditor #: 7** **Discover** **P.O. Box 30395** **Salt Lake City, UT 84130-0395** | | | | W | | | | | |
| | | | | | | | | | **2,428.73** |
| Account No. | | | | | **Discover** **P.O. Box 15192** **Wilmington, DE 19850-5192** | | | | |
| **Representing:** **Discover** | | | | | | | | | |

Sheet no. __**3**___ of __**13**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,596.58**

Form B6F - Cont.
(12/03)

In re  **Clifford Weldon Gustin,**
    **Linda Ann Gustin,**

Case No. _____

_____,

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4028** | | | | | **Credit Card** | | | | |
| **Creditor #: 8** **Discover Financial Services** **248 Chapman Rd** **Newark, DE 19702-5425** | | | J | | | | | | **2,458.89** |
| Account No. | | | | | **Discover** **P.O. Box 30395** **Salt Lake City, UT 84130-0395** | | | | |
| **Representing:** **Discover Financial Services** | | | | | | | | | |
| Account No. | | | | | **Discover** **P.O. Box 15192** **Wilmington, DE 19850-5192** | | | | |
| **Representing:** **Discover Financial Services** | | | | | | | | | |
| Account No. | | | | | **Discover** **P.O. Box 3008** **New Albany, OH 43054-3008** | | | | |
| **Representing:** **Discover Financial Services** | | | | | | | | | |
| Account No. | | | | | **Discover Financial** **P.O. Box 15316** **Wilmington, DE 19850-5316** | | | | |
| **Representing:** **Discover Financial Services** | | | | | | | | | |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,458.89**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re  **Clifford Weldon Gustin,**
**Linda Ann Gustin,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **7062** <br><br> **Creditor #: 9** <br> **Discover Finanical** <br> **248 Chapman Rd** <br> **Newark, DE 19702-5425** | | | J | | **Credit Card** | | | | **11,610.00** |
| Account No. <br><br> **Representing:** <br> **Discover Finanical** | | | | | **Discover** <br> **P.O. Box 15316** <br> **Wilmington, DE 19850** | | | | |
| Account No. <br><br> **Representing:** <br> **Discover Finanical** | | | | | **Discover** <br> **P.O. Box 30395** <br> **Salt Lake City, UT 84130-0395** | | | | |
| Account No. <br><br> **Representing:** <br> **Discover Finanical** | | | | | **Discover** <br> **P.O. Box 15192** <br> **Wilmington, DE 19850-5192** | | | | |
| Account No. **6421** <br><br> **Creditor #: 10** <br> **JC Penney** <br> **P.O. Box 960001** <br> **Orlando, FL 32896-0001** | | | J | | **Credit Card** | | | | **279.37** |

| | |
|---|---|
| Sheet no. __**5**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) |
| | **11,889.37** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re **Clifford Weldon Gustin,**
 **Linda Ann Gustin,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. <br> **Creditor #: 11** <br> **Jennie Edmundson** <br> **PO Box 2C** <br> **933 Pierce** <br> **Council Bluffs, IA 51502** | | | | J | | **Medical Bill** | | | | **287.06** |
| Account No. <br> **Representing:** <br> **Jennie Edmundson** | | | | | | **General Service Bureau** <br> **8429 Blondo Street** <br> **Omaha, NE 68134-6200** | | | | |
| Account No. <br> **Representing:** <br> **Jennie Edmundson** | | | | | | **Jennie Edmundson** <br> **Nebraska Methodist Health Systems** <br> **P.O. Box 2797** <br> **Omaha, NE 68103-2797** | | | | |
| Account No. <br> **Representing:** <br> **Jennie Edmundson** | | | | | | **Physicians Clinic** <br> **P.O. Box 3755** <br> **Omaha, NE 68103-0755** | | | | |
| Account No. **0254** <br> **Creditor #: 12** <br> **Menards** <br> **90 Christina Rd** <br> **New Castle, DE 19720-3118** | | | | J | | **Credit Card** | | | | **3,640.00** |

Sheet no. __**6**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,927.06**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Clifford Weldon Gustin,**
       **Linda Ann Gustin**                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Representing: Menards** | | | | | **Menards P.O. Box 703 Wood Dale, IL 60191-0703** | | | | |
| Account No. **Representing: Menards** | | | | | **Menards Retail Services Dept. 7680 Carol Stream, IL 60116-7680** | | | | |
| Account No. **Representing: Menards** | | | | | **Menards Retail Services P.O. Box 15521 Wilmington, DE 19850-5521** | | | | |
| Account No. **Creditor #: 13 Midwest Pathology P.O. Box 4907 Omaha, NE 68104-4907** | | | J | | **Medical Bill** | | | | 41.00 |
| Account No. **Creditor #: 14 NCP of Iowa P.O. Box 633758 Cincinnati, OH 45263** | | | J | | **Medical Bill** | | | | 362.00 |

Sheet no. __7___ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**403.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re  **Clifford Weldon Gustin,**
       **Linda Ann Gustin,**                                                    Case No. _____

_____,
                                           Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Loan | | | | |
| **Creditor #: 15** **Blaze Nunze** **1015 7th Ave** **Council Bluffs, IA 51501** | | | J | | | | | | 6,000.00 |
| Account No. | | | | | Medical Bill | | | | |
| **Creditor #: 16** **Radiology Consultants** **PO Box 451179** **Omaha, NE 68145** | | | J | | | | | | 173.00 |
| Account No. **Representing:** **Radiology Consultants** | | | | | Merchant Credit Adjusters Inc 6818 Grover #200 Omaha, NE 68106-3606 | | | | |
| Account No. **Representing:** **Radiology Consultants** | | | | | Radiology Consultants P.O. Box 4460 Omaha, NE 68104-0460 | | | | |
| Account No. **Creditor #: 17** **Patricia Richardson** **4308 Main St** **P.O. Box 112** **Council Bluffs, IA 51503** | | | J | | personal loan | | | | 700.00 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        6,873.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Clifford Weldon Gustin,**                                    Case No. _____
         **Linda Ann Gustin**

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1829** | | | | **Credit Card** | | | | |
| **Creditor #: 18**<br>**Sams Club**<br>**P.O. Box 103036**<br>**Roswell, GA 30076** | | | J | | | | | |
| | | | | | | | | **1,127.00** |
| Account No. | | | | **Sam' Club**<br>**P.O. Box 981400**<br>**El Paso, TX 79998** | | | | |
| **Representing:**<br>**Sams Club** | | | | | | | | |
| Account No. | | | | **Sam's Club**<br>**P.O. Box 530942**<br>**Atlanta, GA 30353-0942** | | | | |
| **Representing:**<br>**Sams Club** | | | | | | | | |
| Account No. **8967** | | | | **Credit Card** | | | | |
| **Creditor #: 19**<br>**Sears**<br>**13200 Smith Road**<br>**Cleveland, OH 44130** | | | W | | | | | |
| | | | | | | | | **8,147.00** |
| Account No. | | | | **Sears**<br>**P.O. Box 6564**<br>**NV 89901-6564** | | | | |
| **Representing:**<br>**Sears** | | | | | | | | |

Sheet no. __**9**__ of __**13**__ sheets attached to Schedule of                    Subtotal                          **9,274.00**
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Clifford Weldon Gustin,**                                          Case No. _____
          **Linda Ann Gustin,**

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Sears** | | | **Sears**<br>**P.O. Box 6922**<br>**The Lakes, NV 88901-6922** | | | | |
| Account No.<br><br>**Representing:**<br>**Sears** | | | **Sears/Citibank**<br>**8725 W Sahara Ave**<br>**The Lakes, NV 89163** | | | | |
| Account No. **0403**<br><br>**Creditor #: 20**<br>**Sutherlands**<br>**P.O. Box 276**<br>**Dayton, OH 45401-0276** | | J | **Credit Card** | | | | **221.00** |
| Account No.<br><br>**Representing:**<br>**Sutherlands** | | | **GE Money Bank**<br>**P.O. Box 6150**<br>**Rapid City, SD 57709-6150** | | | | |
| Account No.<br><br>**Representing:**<br>**Sutherlands** | | | **Sutherlands**<br>**GE Money Bank**<br>**P.O. Box 960061**<br>**Orlando, FL 32896-0061** | | | | |

Sheet no. __10__ of __13__ sheets attached to Schedule of                              Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)                **221.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Clifford Weldon Gustin,**                                    Case No. _____
       **Linda Ann Gustin,**
_____,
                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **7405** | | | | | Credit Card | | | | |
| **Creditor #: 21** **Target National Bank** **P.O. Box 59317** **Minneapolis, MN 55459-0317** | | | W | | | | | | **4,370.61** |
| Account No. | | | | | **Target National Bank** **Credit Services** **P.O. Box 702** **Minneapolis, MN 55440-0702** | | | | |
| **Representing:** **Target National Bank** | | | | | | | | | |
| Account No. | | | | | **Target National Bank** **3901 West 53rd St** **Sioux Falls, SD 57106-4216** | | | | |
| **Representing:** **Target National Bank** | | | | | | | | | |
| Account No. **1014** | | | | | Credit Card | | | | |
| **Creditor #: 22** **US Bank** **P.O. Box 790408** **Saint Louis, MO 63179-0408** | | | | J | | | | | **7,068.58** |
| Account No. | | | | | Account | | | | |
| **Creditor #: 23** **Verizon Wireless** **P.O. Box 790422** **Saint Louis, MO 63179-0422** | | | | J | | | | | **122.05** |

Sheet no. __**11**__ of __**13**__ sheets attached to Schedule of                          Subtotal                    **11,561.24**
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Clifford Weldon Gustin,**
    **Linda Ann Gustin,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br>**Representing:**<br>**Verizon Wireless** | | | | | **Alliance One**<br>**P.O. Box 3102**<br>**Southeastern, PA 19398-3102** | | | | |
| Account No.<br>**Representing:**<br>**Verizon Wireless** | | | | | **Alliance One**<br>**1684 Woodlands Dr #150**<br>**Maumee, OH 43537** | | | | |
| Account No. **9350**<br>**Creditor #: 24**<br>**Walmart**<br>**P.O. Box 981064**<br>**El Paso, TX 79998-1064** | | W | | | **Credit Card** | | | | **1,570.00** |
| Account No.<br>**Representing:**<br>**Walmart** | | | | | **CSC Credit Services**<br>**P.O. Box 619044**<br>**Dallas, TX 75261-9044** | | | | |
| Account No.<br>**Representing:**<br>**Walmart** | | | | | **Walmart**<br>**P.O. Box 960023**<br>**Orlando, FL 32896-0023** | | | | |

Sheet no. __12__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,570.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Clifford Weldon Gustin,**
        **Linda Ann Gustin**                                           Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **4162** | | | | | **Credit Card** | | | | |
| **Creditor #: 25** **Wells Fargo Financial** **3201 N 4th** **Sioux Falls, SD 57104-0700** | | | | J | | | | | |
| | | | | | | | | | **5,031.00** |
| Account No. Representing: **Wells Fargo Financial** | | | | | **Wells Fargo** **P.O. Box 5943** **Sioux Falls, SD 57117-5943** | | | | |
| Account No. Representing: **Wells Fargo Financial** | | | | | **Wells Fargo Financial** **P.O. Box 98751** **Las Vegas, NV 89193-8751** | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **5,031.00** |
| Total (Report on Summary of Schedules) | | **65,618.47** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    **Clifford Weldon Gustin,**                                     Case No. _____
        **Linda Ann Gustin**

_____,
                        Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
          schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
| | |

    **0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re    **Clifford Weldon Gustin,**
       **Linda Ann Gustin**
_____,
                       Debtors

Case No. _____

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

    **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6I
(12/03)

In re **Clifford Weldon Gustin**
**Linda Ann Gustin**                                            Case No. _____
                           Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP **None.** | AGE |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Driver | Cutter Operator |
| Name of Employer | Cohron Ready Mix | American Games, Inc. |
| How long employed | 1 yr | 4 months |
| Address of Employer | | |

| INCOME:  (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 2,487.33 | $ | 1,729.87 |
| Estimated monthly overtime | $ | 495.00 | $ | 0.00 |
| SUBTOTAL | $ | 2,982.33 | $ | 1,729.87 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 779.91 | $ | 395.44 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify)      United Way | $ | 4.33 | $ | 0.00 |
|                    Uniforms | $ | 17.90 | $ | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 802.14 | $ | 395.44 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,180.19 | $ | 1,334.43 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 2,180.19 | $ | 1,334.43 |

TOTAL COMBINED MONTHLY INCOME        $ _____ 3,514.62        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**Debtor is 58 years old and joint debtor 57 years old and in poor health, taking up to 12 medications. Debtors vehicles are vintage 1995 and 1984 and may need replacement. Overtime is seasonal and will begin to taper off in early November.**

In re    **Clifford Weldon Gustin**
‗‗‗‗**Linda Ann Gustin**‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗   Case No. ‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 650.00 |
| Are real estate taxes included? | Yes ‗‗ | No **X** | | |
| Is property insurance included? | Yes ‗‗ | No **X** | | |
| Utilities:   Electricity and heating fuel | | | $ | 168.00 |
|   Water and sewer | | | $ | 80.00 |
|   Telephone | | | $ | 75.00 |
|   Other   **cable** | | | $ | 55.00 |
| Home maintenance (repairs and upkeep) | | | $ | 50.00 |
| Food | | | $ | 550.00 |
| Clothing | | | $ | 75.00 |
| Laundry and dry cleaning | | | $ | 35.00 |
| Medical and dental expenses | | | $ | 700.00 |
| Transportation (not including car payments) | | | $ | 364.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 50.00 |
| Charitable contributions | | | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | | |
|   Homeowner's or renter's | | | $ | 47.55 |
|   Life | | | $ | 0.00 |
|   Health | | | $ | 0.00 |
|   Auto | | | $ | 61.13 |
|   Other | | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | | |
|   (Specify)   **See Detailed Expense Attachment** | | | $ | 138.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | | | |
|   Auto | | | $ | 0.00 |
|   Other   **Nebraska Furniture Mart** | | | $ | 42.00 |
|   Other | | | $ | 0.00 |
|   Other | | | $ | 0.00 |
| Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| Other   **Unexpected Expenses** | | | $ | 75.00 |
| Other | | | $ | 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)   | $ | 3,215.68 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.   Total projected monthly income | $ | N/A |
| B.   Total projected monthly expenses | $ | N/A |
| C.   Excess income (A minus B) | $ | N/A |
| D.   Total amount to be paid into plan each ‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗ | $ | N/A |

(interval)

In re  **Clifford Weldon Gustin**
       **Linda Ann Gustin**                                          Case No. _____

                                    Debtor(s)

## <u>SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)</u>
### Detailed Expense Attachment

**<u>Specific Tax Expenditures:</u>**

| | | |
|---|---|---|
| **Tax and license of vehicle** | $ | **70.00** |
| **Property Tax** | $ | **68.00** |
| **Total Tax Expenditures** | $ | **138.00** |

# United States Bankruptcy Court
### Southern District of Iowa

In re    **Clifford Weldon Gustin**    **Linda Ann Gustin**          Case No. _____

                             Debtor(s)          Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ **27** ____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 12, 2005** _____      Signature    **/s/ Clifford Weldon Gustin** _____
                                                      **Clifford Weldon Gustin**
                                                      Debtor

Date   **October 12, 2005** _____      Signature    **/s/ Linda Ann Gustin** _____
                                                          **Linda Ann Gustin**
                                                      Joint Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§   152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Form 7
(12/03)

# United States Bankruptcy Court
## Southern District of Iowa

In re   **Clifford Weldon Gustin**
        **Linda Ann Gustin**                                      Case No. _____

                                            Debtor(s)          Chapter    **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$26,671.92** | **Husband Year to Date** |
| **$30,793.58** | **2004** |
| **$22,965.15** | **2003** |
| **$13,953.29** | **Wife Year to Date** |
| **$19,072.73** | **2004** |
| **$15,272.37** | **2003** |

2

**2. Income other than from employment or operation of business**

None
☐    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,700.00** | **Wife Unemployment YTD** |

**3. Payments to creditors**

None
☐    a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Liberty Bank**<br>**5967 Ashworth Rd**<br>**West Des Moines, IA 50266-7109** | **3 Payments X $650** | **$1,950.00** | **$51,000.00** |

None
■    b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pollak & Hicks P.C.**<br>**216 Overland Wolf Centre**<br>**6910 Pacific St #216**<br>**Omaha, NE 68106** | | **$600.00** |

**10. Other transfers**

None
■    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

4

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

5

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

6

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __October 12, 2005_____     Signature   __/s/ Clifford Weldon Gustin_____
                                                                         **Clifford Weldon Gustin**
                                                                         Debtor


Date  __October 12, 2005_____     Signature   __/s/ Linda Ann Gustin_____
                                                                         **Linda Ann Gustin**
                                                                         Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
### Southern District of Iowa

In re    **Clifford Weldon Gustin**
     **Linda Ann Gustin** _____    Case No.   _____

                              Debtor(s)       Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

     *a.  Property to Be Surrendered.*

**Description of Property**                      **Creditor's name**
**-NONE-**

     *b.  Property to Be Retained*                             *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | **Homestead: The South 90 feet of Lot 7 in Block K in Curtis and Ramsey's Addition to Council Bluffs, Pottawattamie County, Iowa** | **Liberty Bank** | | | **Debtor will retain collateral and continue to make regular payments.** |
| | **1995 Nissan Pathfinder** | | | | |
| 2. | **Furniture (NFM)** | **Nebraska Furniture Mart** | | | **Debtor will retain collateral and continue to make regular payments.** |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

Official Form 8
(12/03)

In re    **Clifford Weldon Gustin**
    **Linda Ann Gustin**                           Case No. _____
                                  Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

Date  **October 12, 2005**               Signature    **/s/ Clifford Weldon Gustin**
                                        **Clifford Weldon Gustin**
                                        Debtor

Date  **October 12, 2005**               Signature    **/s/ Linda Ann Gustin**
                                        **Linda Ann Gustin**
                                        Joint Debtor

# United States Bankruptcy Court
### Southern District of Iowa

In re    **Clifford Weldon Gustin**
       **Linda Ann Gustin**                         Case No. _____

                                Debtor(s)          Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ------------------------------------------------- $             **600.00**

    Prior to the filing of this statement I have received --------------------------------------- $             **600.00**

    Balance Due ---------------------------------------------------------------------------------------- $               **0.00**

2. $ __**209.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    b. [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October 12, 2005** _____        **/s/ Oliver B. Pollak** _____

                                             **Oliver B. Pollak**
                                             **Pollak & Hicks P.C.**
                                             **216 Overland Wolf Centre**
                                             **6910 Pacific St #216**
                                             **Omaha, NE 68106**
                                             **(402) 345-1717  Fax: (402) 444-1724**

# United States Bankruptcy Court
### Southern District of Iowa

In re   **Clifford Weldon Gustin**
       **Linda Ann Gustin** _____    Case No. _____

                                                Debtor(s)    Chapter   **7** _____

## <u>VERIFICATION OF MASTER ADDRESS LIST<br>ON PAPER (CREDITOR MATRIX)</u>

       I (we) declare under penalty of perjury that I (we) have read the attached Master Address List (creditor matrix), consisting of __**5**__ pages, and that it is true and correct to the best of my (our) knowledge, information, and belief.

Date:   **October 12, 2005**_____      **/s/ Clifford Weldon Gustin**_____
                                         **Clifford Weldon Gustin**
                                         Signature of Debtor

Date:   **October 12, 2005**_____      **/s/ Linda Ann Gustin**_____
                                           **Linda Ann Gustin**
                                         Signature of Debtor

VER_MTRX (Rev. 04/00)

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Iowa Department of Revenue
Accounts Receivable
Hoover State Office Building
Des Moines, IA 50309

Alegent Health
Mercy Hospital Council Bluffs
2301 N 117th Ave #100
Omaha, NE 68164-3483

Alegent Health  Council Bluffs
P.O. Box 1 C
Council Bluffs, IA 51502

Alliance One
P.O. Box 3102
Southeastern, PA 19398-3102

Alliance One
1684 Woodlands Dr #150
Maumee, OH 43537

Bank of America
P.O. Box 7047
Dover, DE 19903-7047

Bank of America
P.O. Box 1597
Norfolk, VA 23501

Bank of America
P.O. Box 650260
Dallas, TX 75265-0260

Capital One
P.O. Box 85520
Richmond, VA 23285-5520

Capital One
4851 Cox Rd
Glen Allen, VA 23060

Capital One
P.O. Box 25131
Richmond, VA 23276-0001

Capital One Services, Inc.
1957 Westmoreland Road
Richmond, VA 23276-5617

City of Council Bluffs
City Treasurer
209 Pearl St.
Council Bluffs, IA 51503

City of Council Bluffs Ambulance
227 S 6th St
Council Bluffs, IA 51503

CSC Credit Services
P.O. Box 619044
Dallas, TX 75261-9044

Direct Merchants Bank
P.O. Box 105278
Atlanta, GA 30348-5278

Direct Merchants Bank
Card Member Services
P.O. Box 21222
Tulsa, OK 74121-1222

Direct Merchants Bank
Payment Center
P.O. Box 60019
City Of Industry, CA 91716-0019

Discover
P.O. Box 30395
Salt Lake City, UT 84130-0395

Discover
P.O. Box 15192
Wilmington, DE 19850-5192

Discover
P.O. Box 3008
New Albany, OH 43054-3008

Discover
P.O. Box 15316
Wilmington, DE 19850

Discover Financial
P.O. Box 15316
Wilmington, DE 19850-5316

Discover Financial Services
248 Chapman Rd
Newark, DE 19702-5425

Discover Finanical
248 Chapman Rd
Newark, DE 19702-5425

GE Money Bank
P.O. Box 6150
Rapid City, SD 57709-6150

General Service Bureau
8429 Blondo Street
Omaha, NE 68134-6200

JC Penney
P.O. Box 960001
Orlando, FL 32896-0001

Jennie Edmundson
PO Box 2C
933 Pierce
Council Bluffs, IA 51502

Jennie Edmundson
Nebraska Methodist Health Systems
P.O. Box 2797
Omaha, NE 68103-2797

Liberty Bank
5967 Ashworth Rd
West Des Moines, IA 50266-7109

Menards
90 Christina Rd
New Castle, DE 19720-3118

Menards
P.O. Box 703
Wood Dale, IL 60191-0703

Menards
Retail Services
Dept. 7680
Carol Stream, IL 60116-7680

Menards
Retail Services
P.O. Box 15521
Wilmington, DE 19850-5521

Merchant Credit Adjusters Inc
6818 Grover #200
Omaha, NE 68106-3606

Midwest Pathology
P.O. Box 4907
Omaha, NE 68104-4907

NCP of Iowa
P.O. Box 633758
Cincinnati, OH 45263

NCP of Iowa
P.O. Box 633758
Cincinnati, OH 45263-3758

Nebraska Furniture Mart
P.O. Box 3456
Omaha, NE 68103-0456

Blaze Nunze
1015 7th Ave
Council Bluffs, IA 51501

Physicians Clinic
P.O. Box 3755
Omaha, NE 68103-0755

Radiology Consultants
PO Box 451179
Omaha, NE 68145

Radiology Consultants
P.O. Box 4460
Omaha, NE 68104-0460

Patricia Richardson
4308 Main St
P.O. Box 112
Council Bluffs, IA 51503

Sam' Club
P.O. Box 981400
El Paso, TX 79998

Sam's Club
P.O. Box 530942
Atlanta, GA 30353-0942

Sams Club
P.O. Box 103036
Roswell, GA 30076

Sears
13200 Smith Road
Cleveland, OH 44130

Sears
P.O. Box 6564
NV 89901-6564

Sears
P.O. Box 6922
The Lakes, NV 88901-6922

Sears/Citibank
8725 W Sahara Ave
The Lakes, NV 89163

Sutherlands
P.O. Box 276
Dayton, OH 45401-0276

Sutherlands
GE Money Bank
P.O. Box 960061
Orlando, FL 32896-0061

Target National Bank
P.O. Box 59317
Minneapolis, MN 55459-0317

Target National Bank
Credit Services
P.O. Box 702
Minneapolis, MN 55440-0702

Target National Bank
3901 West 53rd St
Sioux Falls, SD 57106-4216

US Bank
P.O. Box 790408
Saint Louis, MO 63179-0408

Verizon Wireless
P.O. Box 790422
Saint Louis, MO 63179-0422

Walmart
P.O. Box 981064
El Paso, TX 79998-1064

Walmart
P.O. Box 960023
Orlando, FL 32896-0023

Wells Fargo
P.O. Box 5943
Sioux Falls, SD 57117-5943

Wells Fargo Financial
3201 N 4th
Sioux Falls, SD 57104-0700

Wells Fargo Financial
P.O. Box 98751
Las Vegas, NV 89193-8751